894

*V. F. Taylor* and *Calvin B. Garwood, Jr.,* Assistant Attorneys General, for respondent.

No. 205, Misc.   JOHNSON *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 214, Misc.   BOWMAN *v.* WASHINGTON.   Supreme Court of Washington.   Certiorari denied.

No. 216, Misc.   MALONE *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 218, Misc.   DALE *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 219, Misc.   ELLIS *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 177.   GAGE *v.* UNITED STATES, *ante,* p. 829;

No. 311.   WILLIAMS *v.* PROTESTANT EPISCOPAL THEOLOGICAL SEMINARY IN VIRGINIA, *ante,* p. 864;

No. 317.   WHITTINGTON *v.* MOORE - McCORMACK LINES, INC., *ante,* p. 865; and

No. 140, Misc.   FAUBERT *v.* MICHIGAN, *ante,* p. 851. Petitions for rehearing denied.

DECEMBER 8, 1952.

No. 211, Misc.   LIZZI *v.* STEELE, WARDEN; and

No. 223, Misc.   DUNLAP *v.* STEINER, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied.